1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MELISSA MCKEE, | Case No.: 1:24-cv-00784 JLT EPG |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT STIPULATION TO SUBMIT ACTION TO ARBITRATION AND TO STAY PROCEEDINGS |
| v. | |
| CIRCLE K. STORES, INC.; DOES 1-100, INCLUSIVE, AND EACH OF THEM, | (Doc. 12) |
| Defendants. | |

ORDER

Having reviewed the Parties' Joint Stipulation to Submit Matter to Binding Arbitration and Stay Proceedings (Doc. 12), and good cause appearing therefore, it is **HEREBY ORDERED THAT**:

1. The Parties shall submit this matter to arbitration in accordance with the terms of the Mutual Agreement to Arbitrate, attached to the Parties' Joint Stipulation as Exhibit A;

2. As warranted, the Parties will meet and confer and select a mutually agreeable Arbitrator and commence arbitration pursuant to the terms of the stipulation and Mutual Arbitration Agreement and the foregoing stipulation;

///

1

3. This action is immediately stayed in its entirety, pending completion of the arbitration proceedings; and

4. All hearings are vacated.

IT IS SO ORDERED.

Dated: __September 24, 2024__

UNITED STATES DISTRICT JUDGE