UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MCKEE,<br><br>        Plaintiff,<br><br>    v.<br><br>CIRCLE K, STORES INC.,<br><br>        Defendant. | Case No. 1:24-cv-00784-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 13). |

On December 5, 2025, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 23). In light of the parties' stipulation, this action has been terminated with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 8, 2025**__        /s/ Erica P. Grosjean

                                                             UNITED STATES MAGISTRATE JUDGE